FILED
March 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002490426

Clark D. Nicholas
Attorney at Law    SBN 82517
1930 West St.
Redding, CA  96001-1765
telephone: (530) 243-1824
e-service: ccnn5@hotmail.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re:

**David Lee Woodfill and
Marietta Lynne Woodfill,**

Debtor(s).

Case No: 09-39368-B-11
DC No:  CDN-11
Date:   April 6, 2010
Time:   9:32 a.m.
Judge:  Hon. Thomas C. Holman
Dept:   B     Courtroom: 32
501 I Street, 6th Floor
Sacramento, CA 95814

## MOTION FOR ORDER ALLOWING DEBTORS TO SELL AUDI

The debtor(s), and debtor(s) in possession herein, hereby move this Court for an Order authorizing them to sell their 2007 Audi A4, Vehicle Identification Number WUARU78E37N900606.

1. The debtor(s) have received a non-contingent offer to purchase this 2007 Audi A4, Vehicle Identification Number WUARU78E37N900606, for $18,000.00.  They believe that if they hired anyone to sell it the commissions would take any difference away from the $23,265.00 Kelly Blue Book value that J P Morgan Chase Bank, the holder of the lien, has quoted.  So they ask the Court to approve the sale of the Audi for $18,000.00 to be paid to J P Morgan Chase Bank as full satisfaction of its debt.  The sale is to, and title is to be as follows:  Linda Lanet Bochniarz, Surviving Trustee of the Lanet Family Trust- Survivors Trust, dated September 19, 1991.

3. The sale price represents a fair value for the subject property, and the sale is to a bona fide buyer who is not a party in interest, but is related to Marietta Woodfill as an aunt.

4. All debt owed creditors with liens and security interests encumbering the subject

property will be satisfied before or simultaneously with the transfer of title or possession to the buyer, and such debt shall be paid in accordance with the sales contract.

5. There are no costs of sale, and all liens and encumbrances will be paid in full. The sales transaction will result in no cash to debtor(s). The debtor(s) will not relinquish title or possession to the subject property prior to payment in full of the purchase price.

6. The sale of the subject property does not adversely affect debtor(s)' ability to repay creditors or complete their plan.

WHEREFORE, debtor(s) respectfully request an order granting this application to sell their real property.

Dated: March 16, 2010            Respectfully Submitted,

/s/ Clark D. Nicholas
Clark D. Nicholas, attorney for debtor(s)